UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael L. Overton, | No. 2:18-cv-02915-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| Ash-Exec-Dir et al., | |
| Defendants. | |

In August 2019, this court dismissed this action with prejudice. Prev. Order (Aug. 20, 2019) at 2, ECF No. 12. Now three years after judgment was issued, the plaintiff requests law books. Req., ECF No. 15. The court construes this as an untimely request for discovery. The court has already closed this case and the plaintiff did not make a timely motion for reconsideration. Thus, the court **denies the request** (ECF No. 15) and warns that any future filings will be disregarded.

    IT IS SO ORDERED.

DATED: July 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1